IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUAN MEDINA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-158-Y |
| | § | |
| ALLSTATE TEXAS LLOYD'S, ET AL. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal filed this day, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

Each party shall bear its own costs under 28 U.S.C. § 1920.

SIGNED August 2, 2016.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah